IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSSA PALLANTE | : | CIVIL ACTION |
| v. | : | |
| THOSE CERTAIN UNDERWRITERS AT LLOYD'S LONDON | : | NO. 17-1142 |

ORDER

AND NOW, this 30th day of April, 2018, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant, Those Certain Underwriters at Lloyd's London, to dismiss plaintiff's complaint for lack of prosecution (Doc. # 49) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                                    J.