IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSSA PALLANTE | : | CIVIL ACTION |
| v. | : | |
| THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON | : | NO. 17-1142 |

ORDER

AND NOW, this 16th day of May, 2018, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of Certain Underwriters at Lloyd's, London for temporary restraining order and for preliminary injunction (Doc. # 45) and the supplemental motion of Certain Underwriters at Lloyd's London for temporary restraining order and preliminary injunction (Doc. #52) are DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                                                J.