IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSSA PALLANTE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THOSE CERTAIN UNDERWRITERS AT | : | NO. 17-1142 |
| LLOYD'S LONDON | : | |

ORDER

AND NOW, this 25th day of September, 2018, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1) the motion of Those Certain Underwriters at Lloyd's London for attorneys' fees and costs (Doc. # 63) is GRANTED in part and DENIED in part; and

(2) Those Certain Underwriters at Lloyd's London is awarded $56,890.19 in attorneys' fees, and $10,991.19 in investigation expenses, for a total award of $67,881.38.

BY THE COURT:


/s/ Harvey Bartle III
                                    J.