IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSSA PALLANTE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THOSE CERTAIN UNDERWRITERS AT | : | NO. 17-1142 |
| LLOYD'S LONDON | : | |

ORDER

AND NOW, this 18th day of April, 2019, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1) The motion of Those Certain Underwriters at Lloyd's London ("Lloyd's") to compel and for sanctions against Rossa Pallante is GRANTED in part and DENIED in part.

(2) The motion to compel is DENIED as to Interrogatories Nos. 6, 7, 14, 16(f), 16(g), 16(h), 20, and 22.

(3) The motion to compel is DENIED as to Interrogatory No. 9(f) and 9(g) to the extent these sub-parts ask Rossa Pallante to provide the source of the funds and the identity of documents and DENIED as to Interrogatory No. 21 to the extent it seeks information about anything other than sales of real estate.

(4) The motion to compel as to the request for production of documents is DENIED as to documents created or prepared by Rossa Pallante and unknown to Lloyd's.

(5) The motion to compel is otherwise GRANTED.

(6) Rossa Pallante shall provide the ordered discovery on or before May 7, 2019.

(7) The motion insofar as it seeks sanctions against Rossa Pallante is DENIED without prejudice.

BY THE COURT:

/s/ Harvey Bartle III
                 J.