IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSSA PALLANTE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THOSE CERTAIN UNDERWRITERS AT | : | NO. 17-1142 |
| LLOYD'S LONDON | : | |

ORDER

AND NOW, this 8th day of May, 2019, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1) the motion of Rossa Pallante to vacate the order dismissing her complaint and the judgment this court entered in favor of counterclaim defendant Those Certain Underwriters at Lloyd's London pursuant to Rule 60(b) of the Federal Rules of Civil Procedure is DISMISSED for lack of jurisdiction; and

(2) the motion of Rossa Pallante to the extent it relies on Rule 55(b) of the Federal Rules of Civil Procedure is DENIED as moot.

BY THE COURT:


/s/ Harvey Bartle III
                                                J.